1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**, | No. 2:25-CV-01843-SVW (PVCx) |
|---|---|
| Plaintiff[s], | [~~PROPOSED~~] ORDER RE: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUEST RE: PARTIAL UNSEALING OF CASE |
| v. | |
| **[UNDER SEAL]**, | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendant[s]. | |
| | [FILED CONCURRENTLY UNDER SEAL: (1) NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUEST RE: PARTIAL UNSEALING OF CASE] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>S&F MANAGEMENT COMPANY, LLC, et al.,<br><br>　　　　Defendants. | No. 2:25-CV-01843-SVW (PVCx)<br><br>[PROPOSED] ORDER RE: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUEST RE: PARTIAL UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: (1) NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUEST RE: PARTIAL UNSEALING OF CASE] |

2

The United States of America ("United States"), having not intervened in the above-captioned action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed, and the Relator shall serve it upon the defendants;

2. This Order and the United States' Notice That It is Not Intervening at This Time and Request Re: Unsealing of Case are both unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: December 30, 2025

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 17, 2025, I served the [PROPOSED] ORDER RE: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUEST RE: PARTIAL UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: December 17, 2025. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Ari Yampolsky
WHISTLEBLOWER PARTNERS LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
ari@whistleblower.law

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2025, at Los Angeles, California.

_____
CAROL M. YBARRA

2