UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-01843-SVW-PVC | Date: | October 19, 2026 |
| Title: | United States of America et al v. S and F Management Company, LLC et al | | |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| | |
|---|---|
| Daniel Tamayo | c/s 10-19-2026 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| James C. Shah | Benjamin N. Gluck |

**Proceedings:** MOTION to Reopen Case (Docket) filed by Plaintiff [106]

Case called. The Court GRANTS the Motion to Reopen Case [106], Orde to issue. As discussed on the record, the Court sets a further Status Conference on November 9, 2026, at 1:30 p.m. The Court ORDERS the relevant Bankruptcy Case Counsel members, as well as, Defense Counsel, Scott Kiepen to be present. The parties are ORDERED to inform the necessary parties of this ORDERED appearance.

: 45